IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 22 C 3100 |
| MJ TRACKWORKS, INC., an Illinois corporation, | ) ) | JUDGE ROBERT M. DOW, JR. |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, MJ TRACKWORKS, INC., an Illinois corporation, in the total amount of $5,643,143.63, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,399.75.

On August 24, 2022, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Illinois Secretary of State, Department of Business Services) (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State is attached hereto). Therefore, Defendant's answer was due on September 14, 2022. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\MJ Trackworks\2022\motion for default and judgment.cmc.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 26th day of September 2022:

>Ms. Isabel Flores, Registered Agent/Secretary
>MJ Trackworks, Inc.
>609 E. Kent Street
>Streator, IL   61364-2339
>
>Ms. Isabel Flores, Registered Agent/Secretary
>MJ Trackworks, Inc.
>1933 E. Illinois Route 18
>Streator, IL   61364-9009
>
>Ms. Isabel Flores, Registered Agent/Secretary
>MJ Trackworks, Inc.
>102 North Everett Street
>Streator, IL   61364-2363
>
>Illinois Secretary of State
>Department of Business Services
>Annual Reports/Registered Agent Section
>Attn:  File #64133047
>501 S. 2nd Street, Room 350
>Springfield, IL   62756-1000

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com
I:\FVLJ\MJ Trackworks\2022\motion for default and judgment.cmc.df.wpd